# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Marta Hanyzkiewicz, on behalf of herself
and all others similarly situated,
               Plaintiff,

v.                                CASE NO.: 1:22-cv-2443
Make Up For Ever, LLC


       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and

Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that the above

entitled action against Defendant shall be and hereby is dismissed with prejudice and on

the merits, without costs, or disbursements, or attorney's fees to any party pursuant to

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal with

prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 22, 2022


Respectfully Submitted,

*/s/Mark Rozenberg*
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

**SO ORDERED.**

# s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated:  June 22, 2022
       Brooklyn, New York